UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                              CR NO:  04-30011-MAP

JOSE A. GARCIA

ORDER ON VIOLATION OF SUPERVISED RELEASE

April 15, 2005

On February 17, 2005, a petition for revocation of supervised release was submitted to this court by the U.S. Probation Department indicating the following violations:

Violation Number 1: "The defendant shall not commit another federal, state or local crime".

Violation Number 9: "The defendant shall not associate with any persons engaging in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer"

Violation Number 11: "The defendant shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month".

Violation Number 2: "The defendant shall report to the probation officer as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month".

Violation Number 3: "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

On April 6, 2005 a hearing was held regarding defendant's noncompliance with the above conditions. Counsel for defendant indicated the violations would not be contested. Therefore, the Court ruled defendant violated these conditions of supervised of release. However,

supervised release was not revoked, but modifications were added to the present special conditions as follows:

1) Home confinement for six (6) months with Electronic Monitoring, and pay costs of monitoring.

2) Defendant confined to home except for employment, medical or religious services;

3) Defendant shall obtain employment;

4) Defendant shall submit to urinalysis testing as directed by The U.S. Probation Officer

IT IS SO ORDERED.

_____
MICHAEL A. PONSOR
U.S. DISTRICT JUDGE    4-15-05