AO458 (Rev. 5/85)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

## APPEARANCE

Case Number:  04-30011

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

José    ANTONIO  GARCIA

Date  Sept  9th  05

Signature

Print Name  Jos.  A  Franco

Address  51  PARK  Ave

City  W. Spfld  State  MA  Zip Code  01089

Phone Number  (413) 737-2671