# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | WAIVER OF PROBABLE CAUSE HEARING |
| v. ) | |
| ) | |
| JOSE ANTONIO GARCIA, ) | Case Number: 04-30011-MAP |
| Defendant ) | |

I, __Jose Antonio Garcia__, understand that in the ___ District of __Massachusetts__ charges are pending alleging violation of __supervised release__ and that I have been arrested in this District and taken before a United States Magistrate Judge, who informed me of the charge and of my right to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel,

(2)   a probable cause hearing prior to and independent of a revocation hearing;

I HEREBY WAIVE (GIVE UP) MY RIGHT TO:

( )   retain counsel, or request the assignment of counsel,

(X)   a probable cause hearing, _as to violation number one_ _JG_
_only_

and, therefore, consent to the issuance of an order requiring my appearance before the sentencing judge in the original matter pending in this district.

_Jose Garcia_
Signature of Defendant

9/8/05
Date

_[signature]_
Signature of Defense Counsel