UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 04-30011 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE GARCIA, | ) | |
| Defendant | ) | |

## MOTION IN LIMINE

Now comes the Defendant in the above-entitled matter and moves this Honorable Court to exclude from evidence at hearing any and all hearsay evidence and documentation containing hearsay evidence. In support of said motion, Defendant relies on the case of Crawford v. Washington, 541 U.S. 36 (2004). *See also* Ash v. Reilly, 354 F.Supp.2d 1 (D.C. 2004).

THE DEFENDANT

By His Attorney
Joseph A. Franco, Esq.
BBO# 543038
51 Park Avenue, Suite 7
West Springfield, MA 01089
Tel: (413) 737-2675
Fax: (413) 747-1721